**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PRIMERICA LIFE INSURANCE                                            PLAINTIFF
COMPANY (termed April 3, 2012)

v.                                    NO. 4:11CV00799 JLH

ALDAY S. PHILLIPS, et al.                                          DEFENDANTS

## O R D E R

The Court's attention has been directed to the fact that separate defendant KEYLON K.

PHILLIPS herein is presently proceeding *pro se.*

The purpose of this Order is to direct defendant's attention to the fact that defendant is

required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local

Rules of this Court.   Failure to comply <u>may</u> result in default judgment being entered against

defendant.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the

Local Rules can be obtained from the United States District Court Clerk for the Eastern District of

Arkansas.   Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on separate defendant KEYLON K.

PHILLIPS by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 4th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE