IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PRIMERICA LIFE INSURANCE                                                        PLAINTIFF
COMPANY (termed April 3, 2012)

v.                                         NO. 4:11CV00799 JLH

ALDAY S. PHILLIPS, et al.                                                     DEFENDANTS

**O R D E R**

The Court's attention has been directed to the fact that separate defendant ALFREDRICK PHILLIPS, JR., herein is presently proceeding *pro se.*

The purpose of this Order is to direct defendant's attention to the fact that defendant is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to comply <u>may</u> result in default judgment being entered against defendant.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the United States District Court Clerk for the Eastern District of Arkansas. Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on separate defendant ALFREDRICK PHILLIPS, JR., by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 4th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE