**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| PRIMERICA LIFE INSURANCE<br>COMPANY (termed April 3, 2012) | PLAINTIFF |
| v.   NO. 4:11CV00799 JLH | |
| ALDAY S. PHILLIPS; KORWYN A. MILLER;<br>KEYLON K. PHILLIPS; ALFREDRICK PHILLIPS, JR.;<br>DOMINIQUE WATSON, as mother and natural<br>guardian of Cacedrick J. Phillips, a minor, on behalf<br>of Cacedrick J. Phillips; MELISSA GRIMES, as<br>mother and natural guardian of Chanel Phillips,<br>a minor, on behalf of Chanel Phillips; and<br>FORD ACCEPTANCE CORPORATION | DEFENDANTS |

**ORDER**

Ford Acceptance Corporation has filed a motion for distribution of life insurance proceeds interpled with the Court. Ford Acceptance Corporation states that it is entitled to payment of $9,878.20 from the proceeds of the life insurance policy at issue pursuant to the assignment agreement of the parties. Those funds were used to pay for the funeral costs of the deceased. The time for filing an objection to the motion for distribution has expired, and no party has objected. The motion is therefore GRANTED. Document #20. The Clerk of the Court is directed to distribute from the funds interpled into the registry of the Court the amount of $9,878.20 to Ford Acceptance Corporation. The Clerk should mail the check to Charles M. Finkenbinder, attorney of record for Ford Acceptance Corporation. Ford Acceptance Corporation is hereby dismissed from this action.

IT IS SO ORDERED this 10th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE