## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY (termed April 3, 2012) | PLAINTIFF |
| v.   NO. 4:11CV00799 JLH | |
| ALDAY S. PHILLIPS; KORWYN A. MILLER; KEYLON K. PHILLIPS; ALFREDRICK PHILLIPS, JR.; DOMINIQUE WATSON, as mother and natural guardian of Cacedrick J. Phillips, a minor, on behalf of Cacedrick J. Phillips; and MELISSA GRIMES, as mother and natural guardian of Chanel Phillips, a minor, on behalf of Chanel Phillips | DEFENDANTS |

### ORDER

Pursuant to the settlement agreement between the remaining parties, the Court orders as follows. The sum of $187,022.18, plus accrued interest, remains in the registry of the Court for distribution to the beneficiaries of the life insurance proceeds. The sum of $187,022.18 shall be distributed to the defendants in the following amounts: Alday S. Phillips, $31,170.36; Korwyn A. Miller, $31,170.36; Keylon K. Phillips, $31,170.36; Alfredrick Phillips, Jr., $31,170.36; Cacedrick J. Phillips, $31,170.37; and Chanel Phillips, $31,170.37. The accrued interest shall also be divided equally between the defendants.

The Clerk of the Court is directed to distribute the funds interpled into the registry of the Court to the defendants in the amounts set forth above. Upon disbursement of the funds in the registry of the Court, this matter is hereby dismissed.

IT IS SO ORDERED this 11th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE